## BANK OF TROY, KANSAS, v. LINFORD.
### [43 Pac. 680.]

This cause heard with case of *National Bank of Wamego v. Skinner,* and this case follows the decision in that case.

Action by the Bank of Troy against Joseph Linford, Jr., and others. Judgment for defendants. Plaintiff appeals. Reversed.

Per CURIAM.—The only question in this case not involved in *First Nat. Bank v. Skinner,* ante, p. 673, 43 Pac. 679, is the claim of defendants that there was no proof of the corporate character of plaintiff. The denial of the corporate character of plaintiff is insufficient in the answer, and we think the corporate character of plaintiff is sufficiently shown in the record. This question is first raised here. The defendants took no appeal; they took no exception. The judgment of the district court is reversed, and cause remanded for further proceedings in accordance with this opinion.

### ON REHEARING.

HUSTON, J.—This case was heard together with two others, to wit, *First Nat. Bank v. Skinner,* ante, p. 673, 43 Pac. 679,

and *Johnson v. Linford,* ante, p. 677. The cases were heard to-
gether. The facts were the same. In this case the point was
made for the first time that the corporate character of plaintiff
was denied in the answer, and was not proven upon trial. We
held that the denial was not made with sufficient directness;
that the corporate character of plaintiff sufficiently appeared
from the record. We see nothing in the petition to change
this view. Even were the contention of counsel correct, it
cannot be seriously contended that this matter affects the sub-
stantial rights of defendants. (See Idaho Rev. Stats., sec.
4231.) Petition denied.

Morgan, C. J., and Sullivan, J., concur.